UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
    v.                       )    Case No. 1:23-cr-00099-SNLJ-ACL
                             )
DEMARCUS TURNER,             )
                             )
            Defendant.       )

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on defendant Demarcus Turner's motion to suppress evidence [Doc. 399].  After an evidentiary hearing and briefing, Magistrate Judge Abbie Crites-Leoni[1] issued a Report and Recommendation recommending the motion be denied [Doc. 1139].  This Court's review of the Report and Recommendation is governed by 28 U.S.C. § 636 and Federal Rule of Criminal Procedure 59.  The court conducts a de novo review as to any objections to the magistrate judge's recommendations with respect to dispositive matters that are timely made and specific. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).  Because a motion to suppress evidence is considered a dispositive matter, a magistrate judge's recommendation regarding such a motion is subject to de novo review.  28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673 (1980).  In conducting a de novo review, the court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by

---

[1] Pursuant to 28 U.S.C. § 636(b) and Local Rule 2.08, all pretrial matters were referred to United States Magistrate Judge Abbie Crites-Leoni.

the magistrate judge."  28 U.S.C. § 636(b)(1); *see also* Fed R. Crim P. 59(b)(3) ("The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions.").

Here, Turner filed objections to the findings of fact and legal conclusions in the Report and Recommendation [Doc. 1154].  The Court has, therefore, conducted a de novo review of the record.  The factual background is clearly and precisely set forth in the Report and Recommendation and is incorporated herein by reference.  After a thorough review of the record, this Court will overrule Turner's objections.  Further, the Court adopts, sustains, and incorporates herein the well-reasoned Report and Recommendation in its entirety and will deny Turner's motion.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Objections to the Report and Recommendation of the United States Magistrate Judge [Doc. 1154] are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 1139] filed May 8, 2026, is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence [Doc. 399] is **DENIED**.

**SO ORDERED** this 17th day of June, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2