UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
      v.                       )      Case No. 1:23-cr-00099-SNLJ-ACL
                               )
DEMARCUS TURNER,               )
                               )
            Defendant.         )

## **MEMORANDUM AND ORDER**

This matter is before the Court on defendant Demarcus Turner's motion to sever [Doc. 400]. Magistrate Judge Abbie Crites-Leoni[1] issued a Report and Recommendation recommending the motion be denied [Doc. 1140]. Turner filed objections to the Report and Recommendation [Doc. 1154]. This Court's review of the Report and Recommendation is governed by 28 U.S.C. § 636 and Federal Rule of Criminal Procedure 59. The court conducts a de novo review of those portions of the report or specified proposed findings or recommendations to which objection is made. 28 U.S.C. § 636(b).

After a de novo review of the record, this Court overrules Turner's objections. Further, the Court adopts, sustains, and incorporates herein the well-reasoned Report and Recommendation in its entirety and denies Turner's motion without prejudice.

---

[1] Pursuant to 28 U.S.C. § 636(b) and Local Rule 2.08, all pretrial matters were referred to United States Magistrate Judge Abbie Crites-Leoni.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Objections to the Report and

Recommendation of the United States Magistrate Judge [Doc. 1154] are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United

States Magistrate Judge Abbie Crites-Leoni [Doc. 1140] filed May 8, 2026, is

**SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to sever [Doc. 400] is

**DENIED**.

**SO ORDERED** this 17th day of June, 2026.

 

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2